48,837-05

2/14/15

From: Alfred Henderson
TDCJ No. 714885
C.T. Terrell Unit
1300 F.M 655
Rosharon, Texas 77583

To: Abel Acosta, Clerk.
Texas Court of Criminal Appeals
P.O Box 12308 Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 24 2015
Abel Acosta, Clerk

MOTION DENIED
DATE: 3-19-15
BY: PC

RE: Ex parte Alfred Henderson
Case No. 1286281 - A.
Motions Filing.

Dear Mr. Acosta,
Enclosed please find Applicants Motion for leave to file Nunc Pro Tunc, Motion for Specific Performance Please file these papers and bring to the prompt Attention to the Judges of this Court. By copy of this cover letter I am forwarding Copies of these motions to Assist. District Attorney Eva Flores.

I do greatly Appreciate your time and Assistant in this matter. And Hope you would Provide me with Notice that these motions have been filed Thank you in Advance

Sincerly
Alfred Henderson

cc filed.
District Attorney
Eva Flores.

In The Court of Criminal Appeals
of Texas

EX-PARTE

Alfred Henderson
Applicant

§
§
§
§
§
§
§
§
§
§

In The 177th District
Court of Harris County
Texas

CASE No. 1286281-A

Applicant's Motion for Leave to file Nunc Pro Tunc Motion to Correct Inaccuracies in trial Courts Statement of facts and Time Credits.

To The Honorable Judges of said Court

Now comes Alfred Henderson Pro-se Applicant seeking to move this Court pursuant to Texas Rules of Appellant Procedures. Rule 23., 23.1 to correct the trial Courts Inaccuracies in the Courts finding of facts submitt to this Court for review and Considerations. In support of Applicant will show the following Motion with Brief in support.

Applicant further contends because there was Never a Evidentiary hearing held or opportunity for Applicant to present rebuttal Evidence to the State purported finding of facts. In Addition to the contrary Applicant knows that this court does not...

(1)

has authority to change the statement of facts after the trial court has certified that it conforms to what has been alleged to have occurred in trial court, and for these reasons being stated and evidence presented applicant request a evidentiary hearing to confirm facts presented by both parties.

Respectfully Submitted.

_Alfred Henderson_

Alfred Henderson

TDCJ No. 714885

Certification of Service

I, Alfred Henderson do hereby declare that the the above stated is true and correct and has been served by placing the same in a U.S Postal Mail Box executed on this 14 day of February 2015 address to clerk of court listed below:

_Alfred Henderson_

Alfred Henderson

TDCJ No. 714885

C.T. Terrell Unit

1300 F.M. 655

Rosharon, Texas 77583

Pro-Se

Abel Acosta, Clerk

Court of Criminal Appeals

P.O. Box 12308 Capitol Station

Austin, Texas 78711

Eva Flores

Assist District Attorney

(3)